UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
        Plaintiff

                v.                                          CR. 05-156-01-SM

<u>George Curran</u>,
        Defendant

<u>O R D E R</u>

Defendant Curran's motion to continue the final pretrial conference and trial is granted (document no. 11).  Trial has been rescheduled for the month of March 2006.  Defendant Curran shall file a waiver of speedy trial rights not later than December 23, 2005.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 22, 2006 at 4:00 p.m. in Room 421.

Jury selection will take place on March 7, 2006 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

December 15, 2005

cc: Bjorn Lange, Esq.
 Debra M. Walsh, AUSA
 U.S. Marshal
 U.S. Probation