UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

      v.                      CR. 05-156-01-SM

<u>George Curran</u>,
    Defendant


## O R D E R

Defendant Curran's motion to continue the final pretrial conference and trial is granted (document no. 14). Trial has been rescheduled for the month of July 6, 2006. Defendant Curran shall file a waiver of speedy trial rights not later than March 2, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 28, 2006 at 11:00 a.m. in Room 421.

Jury selection will take place on July 6, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 22, 2006

cc:   Bjorn Lange, Esq.
      Debra M. Walsh, AUSA
      U.S. Marshal
      U.S. Probation